**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6663**

---

JERRY BRADLEY,

                              Plaintiff - Appellant,

        versus

RONALD J. ANGELONE, Director; GENE M. JOHNSON,
Deputy Director,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CA-96-134-2)

---

Submitted:  August 15, 1996          Decided:  August 21, 1996

---

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed in part and dismissed in part by unpublished per curiam opinion.

---

Jerry Bradley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion under 42 U.S.C. § 1983 (1988) and for a temporary restraining order, preliminary and permanent injunction. Appellant sought to prevent the implementation of a prison regulation governing contraband.

To the extent that Appellant appeals the denial of a temporary restraining order, we dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

To the extent that Appellant appeals the denial of injunctive relief, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bradley v. Angelone, No. CA-96-134-2 (E.D. Va. Apr. 15, 1996). We deny Appellant's motion in this court seeking a temporary restraining order and preliminary injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART